Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim of the plaintiffs was therefore sustained.

**No. 52040.**—A. Kuehnert & Co. et al. *v.* United States, protests 645528–G, etc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim of the plaintiffs was therefore sustained.

**No. 52041.**—Wimelbacher & Rice *v.* United States, protests 707315–G, etc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52042.**—W. R. Zanes & Co. *v.* United States, protests 94525–K and 102513–K (Galveston).

Opinion by KINCHELOE, J.  From the evidence it was found that the collector, after correctly calculating the amount of paper stock rags in pounds in the items the subject of the said prior decisions, deducted the total so ascertained from the total net weight of the shipments, and assessed duty at 3 cents per pound on this difference, thus, in effect, assessing duty on merchandise which he had originally passed free as paper stock and which was not the subject of the court's prior